# Third District Court of Appeal

## State of Florida

Opinion filed June 2, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-1746, 3D20-1747, 3D20-1748, 3D20-1749, 3D20-1750
Lower Tribunal Nos. 10-650-AK, 10-676-A-K, 17-402-A-K,
17-403-A-K, 17-756-A-K

_____

## Jimmy Willis Gardner, Jr.,
Appellant,

vs.

## The State of Florida,
Appellee.

Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Jimmy Willis Gardner, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.